NIVER v. ROCKWELL. (Circuit Court of Appeals, Fourth Circuit. November 15, 1899.) No. 323. In Error to the Circuit Court of the United States for the District of South Carolina. W. S. Monteith, for plaintiff in error. Abial Lathrop, U. S. Atty., and B. A. Hagood, Asst. U. S. Atty., for defendant in error. Dismissed on agreement of counsel.

---

NONEMANN v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. November 7, 1898.) No. 489. Appeal from the District Court of the United States for the Northern District of California. Henry S. Foote, U. S. Atty. Dismissed, pursuant to the sixteenth rule.

---

NORTON et al. v. SANDS et al. (Circuit Court of Appeals, Eighth Circuit. May 4, 1899.) No. 1,155. Appeal from the Circuit Court of the United States for the District of Colorado. L. N. Cuthbert, for appellants. Westbrook S. Decker and S. D. Walling, for appellees. Dismissed for want of jurisdiction.

---

O'NEILL v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 2, 1899.) No. 1,048. In Error to the District Court of the United States for the Eastern District of Missouri. Edward A. Rozier, for the United States. Dismissed, without cost to either party, on motion of defendant in error, pursuant to the twenty-third rule, for failure to print the record.

---

PHŒNIX INS. CO. OF NORTH DAKOTA v. HANWAY. (Circuit Court of Appeals. Eighth Circuit. September 18, 1899.) No. 1,325. In Error to the Circuit Court of the United States for the District of North Dakota. John A. Watson, for defendant in error. Docketed and dismissed, with costs, pursuant to the sixteenth rule.

---

ROUSELL v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 2, 1899.) No. 1,264. In Error to the District Court of the United States for the District of Kansas. F. M. McHale and Oscar E. Learnard, for plaintiff in error. Motion of plaintiff in error for leave to file and docket record denied, and writ of error dismissed, without costs to either party.

---

SECURITY TRUST CO. v. DODD et al. (Circuit Court of Appeals, Eighth Circuit. May 19, 1899.) No. 916. In Error to the Circuit Court of the United States for the District of Minnesota. Edmund S. Durment, for plaintiff in error. James E. Markham, for defendants in error. No opinion. Affirmed, with costs. See 27 C. C. A. 685, 82 Fed. 1005.